UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARY A. MEEKER,

    Plaintiff,

  v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

CASE NO. 3:17-CV-05212-DWC

ORDER

  Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73 and Local Rule MJR 13, the parties have consented to have this matter heard by the undersigned Magistrate Judge. Dkt. 22. Currently pending before the Court is Defendant's Motion for Leave to File a Surreply ("Motion"). Dkt. 34. In the Motion, Defendant seeks to file a surreply to Plaintiff's Reply stemming from Plaintiff's Motion for Attorney Fees (Dkt. 29) pursuant to the Equal Access to Justice Act ("EAJA").

  Pursuant to Local Rule CR 7(g)(2), surreplies are "strictly limited" to requests to strike material contained in or attached to a reply brief. "Extraneous argument or a surreply filed for

any other reason will not be considered." *Id*; *see also Herrnandez v. Stryker Corp.*, 2015 WL 11714363, at *2 (W.D. Wash. Mar. 13, 2015).

In the present Motion, Defendant seeks to file a surreply because Defendant feels "compelled" to reply to the substance of Plaintiff's Reply. Dkt. 34, p. 2. The Court acknowledges Plaintiff's Reply contains characterizations of Defendant's alleged actions which could have been expressed more tactfully. *See* Dkt. 33, pp. 2, 4. However, because Defendant does not seek to strike material contained in or attached to Plaintiff's Reply, Defendant's Motion to File a Surreply (Dkt. 34) is denied.

Dated this 13th day of April, 2018.

David W. Christel
United States Magistrate Judge