UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARY A. MEEKER,

            Plaintiff,

    v.

NANCY A BERRYHILL, Deputy Commissioner of Social Security for Operations,

            Defendant.

CASE NO. 3:17-CV-05212-DWC

ORDER GRANTING MOTION FOR EAJA FEES

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule MJR 13, the parties have consented to have this matter heard by the undersigned Magistrate Judge. *See* Dkt. 22.

On March 21, 2018, Plaintiff Mary A. Meeker filed a Motion for Attorney Fees ("Motion"), seeking attorney's fees under the Equal Access to Justice Act ("EAJA") for 41.8 hours of attorney work. Dkt. 29. In a Response dated April 2, 2018, Defendant asserted her position in this matter was substantially justified and the fee request was unreasonable. Dkt. 32. On April 25, 2018, the Court concluded Defendant's position was not substantially justified,

although a part of Plaintiff's fee request was unreasonable; therefore, the Court issued an Order granting the Motion in-part, for 40 hours of attorney work ("Order"). Dkt. 39.

Furthermore, prior to the Court issuing its Order, Defendant filed a Motion for leave of Court to file a Surreply, which was followed by the filing other pleadings and Orders entered by the Court. Dkt. 34, 35, 36, 37, 38. Because Plaintiff filed the Motion prior to the various pleadings and orders regarding Defendant's Surreply, the Court allowed Plaintiff to submit a supplemental Declaration reflecting the hours spent defending the Motion and reviewing the documents related to Defendant's Surreply. Dkt. 39, pp. 8-9. On April 30, 2018, Plaintiff filed an Amended Motion for Attorney Fees ("Amended Motion") and Supplemental Declaration, reflecting Plaintiff's attorney spent 2.3 hours defending the Motion and reviewing and researching the documents related to Defendant's Surreply. *See* Dkt. 40, 41.

Therefore, in light of the Court's previous Order and Plaintiff's amended fee petition, the Court hereby grants Plaintiff's Motion (Dkt. 29) and Amended Motion (Dkt. 40) as follows:

Plaintiff is awarded a total award of $8,324.22 in attorney's fees, representing 42.3 hours of attorney work,[1] pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010).

The Acting Commissioner shall contact the Department of Treasury to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government shall honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to Jeanette Laffoon, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall

---

[1] Plaintiff did not request an award for any paralegal work or expenses that may have been associate with her case. *See* Dkt. 29, 30, 31, 31-1, 40, 41.

1 | be mailed to Plaintiff's counsel, Jeanette Laffoon, 410-A South Capitol Way, Olympia, WA
2 | 98501.
3 | Dated this 3rd day of May, 2018.

_____
David W. Christel
United States Magistrate Judge

ORDER GRANTING MOTION FOR EAJA FEES - 3